UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KARA LEE MALONEY,<br><br>                     Plaintiff,<br><br>     v.<br><br>MICHELLE KING,[1]<br>Acting Commissioner of the Social Security Administration,<br><br>                     Defendant. | Case No. 3:24-CV-00484- CLB<br><br>**ORDER**<br><br>[ECF No. 10] |

Currently pending before the Court is Plaintiff's Counsel's Motion for Permission to Practice Pro Hac Vice. (ECF No. 10.) Local Rule IA 11-2(b)(3) provides that the petition shall state that "the attorney is a member in good standing of such court or courts, along with an attached certification that the applicant's membership is in good standing from the state bar or from the clerk of the supreme court or highest admitting court of every state, territory, or insular possession of the United States in which the applicant has been admitted to practice law." Counsel's application did not include a Certificate of Good Standing. (*See* ECF No. 10.)

Counsel's application (ECF No. 10) is **DENIED** with **LEAVE TO REFILE** in full compliance with LR IA 11-2.

**IT IS SO ORDERED.**

**DATED**: February 7, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1]    Michelle King is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).