SUE FAHAMI, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARA LEE MALONEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No.: 3:24-cv-00484-CLB <br><br> **ORDER GRANTING <br> MOTION FOR EXTENSION <br> OF TIME <br> (*FIRST REQUEST*)** |

Defendant, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed on February 17, 2025), currently due on March 19, 2025, by 30 days, through and including April 18, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to May 2, 2025.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option. If the case cannot be

settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of April 18, 2025. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on March 17, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including April 18, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: March 18, 2025

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 18, 2025

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Hal Taylor
Of Counsel, Olinsky Law Group
2551 West Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff


Dated: March 18, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney